

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 21, 2012

Via ECF

The Honorable Nina Gershon
U.S. District Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The Honorable Roanne L. Mann
U.S. Magistrate Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **Re:  *United States v. Veronykha Tchernytchenko*
            Criminal Docket No. 10-771 (S-1) (NG)**

Dear Judges Gershon and Mann:

       The Government hereby files its written position on Defendant Veronykha Tchernytchenko's request dated June 20, 2012 (DE 272) to travel to Pennsylvania. The Government consents to such request.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

        By: _____/s/_____
              Sarah M. Hall
              Trial Attorney, Fraud Section
              Criminal Division
              U.S. Department of Justice
              Tel. (202) 549-5864

cc: Clerk of Court (via ECF)