

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SMH
F.#2010R01379

271 Cadman Plaza East
Brooklyn, New York 11201

June 28, 2012

Michael Rosen, Esq.
c/o James Froccaro, Esq.
20 Vanderventer Avenue, Suite 103W
Port Washington, New York 11050
Tel. (516) 381-6690

<u>Via ECF and Federal Express</u>

Re:  *United States v. Irina Shelikhova*
     <u>Criminal Docket No. 10-771 (S-1)(NG)</u>

Dear Mr. Rosen:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and the order of Judge Gershon of June 20, 2012, the Government is hereby furnishing you, as counsel for Irina Shelikhova, with the prior discovery in the above-referenced matter.

The Government hereby requests reciprocal discovery.

In a separate production via email, the Government will send you the following materials: (1) any statements made by Ms. Shelikhova, including answers to pedigree questions; (2) her arrest processing paperwork; and (3) her prior criminal history, if any.

If you have any questions, please do not hesitate to call us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:  _____/s/_____

Sarah M. Hall
Trial Attorney, Fraud Section
U.S. Department of Justice
Tel. (202) 549-5864

2

Shannon Jones
Assistant United States Attorney
Tel. (718) 254-6379

Enclosures (via Federal Express only)
cc: Clerk of Court and all counsel of record (via ECF)