

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 6, 2012

Via ECF

The Honorable Nina Gershon
The Honorable Roanne L. Mann
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       **Re:  *United States v. Katherina Kostiochenko*
           Criminal Docket No. 10-771 (S-1) (NG)(RLM)**

Dear Judges Gershon and Mann:

      The Government respectfully requests a one-week extension of time to file its opposition to Defendant Kostiochenko's pre-trial motion [DE 237, 238] for a bill of particulars, severance, early disclosure of Rule 404(b) evidence, and other relief.  The parties are still engaged in plea discussions and a brief amount of additional time is requested to complete these discussions. Should the discussions not result in a plea, the Government will file its opposition one week from the current deadline of July 17, which is July 24, 2012.

      Counsel for Ms. Kostiochenko consents to this request.

                             Respectfully submitted,

                             LORETTA E. LYNCH
                             United States Attorney

               By:  _____/s/_____
                      Sarah M. Hall
                      Trial Attorney, Fraud Section
                      Criminal Division
                      U.S. Department of Justice
                      Tel. (202) 549-5864

cc: Clerk of Court (via ECF)